UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY JONES,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF MENDOCINO,<br><br>Respondent. | Case No. 25-cv-01398-NW<br><br>**ORDER OF DISMISSAL** |

On February 11, 2025, Petitioner Michael Anthony Jones filed the instant petition for writ of habeas corpus. ECF No. 1. The same day, the Court notified Jones that the action was deficient because he had not paid the filing fee or filed an application for leave to proceed *in forma pauperis* (IFP) and instructed him to cure the deficiency within 28 days. ECF No. 2. The deadline passed and Petitioner did not pay the filing fee nor file an application to proceed IFP.

In addition, correspondence mailed to Jones on February 18, 2025, was returned as undeliverable, and Jones has still not provided the Court with his current address or made any contact with the Court in over three months. ECF Nos. 4, 6. Pursuant to Northern District Civil Local Rule 3-11, a party proceeding without attorney representation (pro se) whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address. Civ. L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the pro se party indicating a current address. Civ. L.R. 3-11(b); *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address).

1  Accordingly, the matter is **DISMISSED** without prejudice to Jones filing a motion to
2  reopen the action. Any motion to reopen must be accompanied by either the filing fee or a
3  complete IFP application, as well as notice of his current address. The Clerk shall close the file.
4  **IT IS SO ORDERED.**
5  Dated: April 29, 2025

Noël Wise
United States District Judge

2